IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01754-STV

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    2519 COUNTY ROAD 210, RIFLE, COLORADO; and
2.    **8000 COUNTY ROAD 313, NEW CASTLE, COLORADO,**

        Defendants.
_____

**UNOPPOSED MOTION TO DISMISS DEFENDANT 8000 COUNTY ROAD 313, NEW CASTLE, COLORADO**
_____

COMES NOW the United States of America (the "United States"), by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Laura B. Hurd, and pursuant to Federal Rule of Civil Procedure 41(a)(2) moves this Court to order the dismissal of defendant 8000 County Road 313, New Castle, Colorado without prejudice from this forfeiture action.  In support, the United States sets forth the following:

1.    On July 10, 2018, the United States filed its Verified Complaint for Forfeiture *In Rem*.  (Doc. 1).

2.    The facts and verification as set forth in the Verified Amended Complaint provided probable cause for seeking forfeiture of defendant 8000 County Road 313, New Castle, Colorado, and the filing of the Verified Complaint for Forfeiture In Rem.

3.    The United States has received a net equity analysis, which takes into account the payoff amount that the United States received from the lienholder for

defendant 8000 County Road 313, New Castle, Colorado. The recent net equity analysis indicated that the property has insufficient equity, and based on that analysis, expending additional governmental resources would not be in the interest of justice in this case.

4. The dismissal of defendant 8000 County Road 313, New Castle, Colorado does not affect the other defendant real property in this case.

5. The United States will release its Lis Pendens as to defendant 8000 County Road 313, New Castle, Colorado, upon dismissal from this action.

6. In addition, the undersigned counsel has consulted with counsel for claimants Heung Yu Wong, Choi Ling Ching, and Sai Rong Cheng, as well as counsel for Guild Mortgage Company, and there is no opposition to the United States' Motion.

WHEREFORE, the United States moves this Court for an order dismissing, without prejudice, defendant 8000 County Road 313, New Castle, Colorado, from this action for the reasons set forth above, and for a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 20th day of March 2019.

                                        Respectfully submitted,

                                        JASON R. DUNN
                                        United States Attorney

                                  By:  s/ *Laura B. Hurd*
                                        Laura B. Hurd
                                        Assistant U.S. Attorney
                                        U.S. Attorney's Office
                                        1801 California St., Ste 1600
                                        Denver, Colorado 80202
                                        Telephone: (303) 454-0100
                                        E-mail: laura.hurd@usdoj.gov
                                        *Attorney for the United States*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of March, 2019, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

s/ *Jasmine Zachariah*
FSA Data Analyst
U.S. Attorney's Office